IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LEON STOVALL, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|     v.   ) | 2:21cv297-MHT |
| ) | (WO) |
| BRADRICK FILES, Warden, ) | |
| and STEVEN T. MARSHALL, ) | |
| the Attorney General of ) | |
| the State of Alabama, ) | |
| ) | |
|     Respondents. ) | |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred or alternatively denied on the merits. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2023.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**