IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL LEON STOVALL,** | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:21cv297-MHT |
| | ) | (WO) |
| **BRADRICK FILES, Warden,** | ) | |
| **and STEVEN T. MARSHALL,** | ) | |
| the Attorney General of | ) | |
| the State of Alabama, | ) | |
| | ) | |
|     Respondents. | ) | |

### ORDER

This cause is now before the court on petitioner's "Certificate of Appealability" (Doc. 28), which the court construes as a notice of appeal and a motion for a certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

\*\*\*

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 22nd day of December, 2023.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**